

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| DAVID NEIL ADKINS,<br><br>               Petitioner,<br><br>vs.<br><br>MIKE MAHONEY; ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>               Respondent. | No. CV-10-8-GF-SEH<br><br>**ORDER** |

United States Magistrate Keith Strong entered his Findings and

Recommendations[1] on March 15, 2010. Plaintiff filed objections on March 23,

---

[1] Document No. 3.

-1-

2010[2]. The Court reviews *de novo* findings and recommendation to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. Petitioner's Petition[3] is DENIED on the merits.

2. A certificate of appealability is DENIED.

4. The Clerk of Court is directed to close this matter and enter judgment in favor of Respondents and against Petitioner.

DATED this 21st day of April, 2010.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[2] Document No. 4.

[3] Document No. 1.